No. 10–174. AMERICAN ELECTRIC POWER CO., INC., ET AL. *v.* CONNECTICUT ET AL. C. A. 2d Cir. Certiorari granted. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–277. WAL-MART STORES, INC. *v.* DUKES ET AL. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition. In addition to Question 1, the parties are directed to brief and argue the following question: "Whether the class certification ordered under Rule 23(b)(2) was consistent with Rule 23(a)."

No. 09–11245. GALAN DEL CARMEN, AKA LOPEZ HERNANDEZ, AKA GALA, AKA GALAN DELCARMEN, AKA GALAN-DEL CARMEN, AKA CARMEN GALAN, AKA HERNANDEZ-LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–150. WEBSTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–220. STEPHEN ET AL. *v.* HANLEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–438. GOOD ET VIR *v.* CITY OF SUNBURY, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 10–440. KRAMER *v.* ZONING BOARD OF APPEALS OF SOMERVILLE, MASSACHUSETTS, ET AL. App. Ct. Mass. Certiorari denied.

No. 10–442. McKINLEY *v.* WHITE. C. A. 8th Cir. Certiorari denied.

No. 10–445. FLORANCE *v.* TEXAS (two judgments). Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–448. E–L ENTERPRISES, INC. *v.* MILWAUKEE METROPOLITAN SEWERAGE DISTRICT. Sup. Ct. Wis. Certiorari denied.

No. 10–450. TIG SPECIALTY INSURANCE CO. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON. C. A. 9th Cir. Certiorari denied.